

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1    ALI AHMAD BAZZY,
        a/k/a "Sonny,"

D-2    BELLAL KASSEM SALAMEH,
        a/k/a "Billy,"

        Defendants.
_____/

Case:2:13-cr-20235
Judge: Roberts, Victoria A.
MJ: Komives, Paul J.
Filed: 03-26-2013 At 03:10 PM
INDI USA V ALI AHMAD BAZZY, ET AL ( HM)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(21 U.S.C. §841(a)(1); 846 CONSPIRACY TO DISTRIBUTE AND POSSESS
WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES)

D-1    ALI AHMAD BAZZY,
        a/k/a "Sonny,"

D-2    BELLAL KASSEM SALAMEH,
        a/k/a "Billy"

From on or about March 28, 2008 through on or about May 2008, in the Eastern District of Michigan and elsewhere, Defendants ALI AHMAD BAZZY (also known as "Sonny") and BELLAL KASSEM SALAMEH (also known as "Billy"), and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and unlawfully combine, conspire,

confederate and agree with one another to commit an offense against the United States, that is to distribute and possess with the intent to distribute controlled substances, namely 500 grams or more of a mixture or substance which contains a detectable amount of cocaine; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNTS TWO AND THREE

(18 U.S.C. §1957 and 2; MONEY LAUNDERING, AIDING AND ABETTING)

D-1   ALI AHMAD BAZZY
      a/k/a "Sonny"

On or about the dates set forth below, in the Eastern District of Michigan, and elsewhere, the defendant, ALI AHMAD BAZZY (also known as "Sonny"), aided and abetted by others, did knowingly engage and attempt to engage in the following monetary transactions by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the transfer of U.S. currency, funds, and monetary instruments, such property having been derived from a specified unlawful activity, that is, Conspiracy to Distribute and to Possess With Intent to Distribute Controlled Substances in violation of Title 21, United States Code, Section 841(a)(1) and 846:

| Count | Date | Amount | Monetary Transaction |
|---|---|---|---|
| 2 | 8/3/10 | $185,589.34 | Withdrawal from a Money Market Account at Dearborn Federal Credit Union in the form of Cashier's Check No.61539 made payable to Ali Bazzy, used to purchase residential real property at 25866 Timber Trail, Dearborn Heights, Michigan |
| 3 | 8/13/10 | $168,242.35 | Withdrawal from a Money Market Account at Dearborn Federal Credit Union in the form of Cashier's Check No. 63605 made payable to Ali Bazzy, used to purchase residential real property at 24606 Fairmont Dr., Dearborn, Michigan |

All in violation of Title 18, United States Codes, Sections 1957 and 2.

## FORFEITURE ALLEGATIONS

(21 U.S.C. § 853; 18 U.S.C. § 982(a)(1) – Criminal Forfeiture)

1.     The allegations contained above in Counts One through Three are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982.

2.     Pursuant to Title 21, United States Code, Section 853(a), upon conviction of a controlled substance offense in violation of Title 21 of the United States Code, as alleged in Count One, defendant ALI AHMAD BAZZY, a/k/a "Sonny," shall forfeit to the United States: (a) any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations; and (b) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

3. Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of one or more of the money laundering offenses in violation of Title 18, United States Code, Section 1957, as alleged in Counts Two and Three above, defendant ALI AHMAD BAZZY, a/k/a "Sonny," shall forfeit to the United States (a) any property, real or personal, involved in such offense(s), or any property traceable to such property, and (b) any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s).

4. Money Judgment. A sum of money equal to the amount as is proved at trial in this matter representing the total amount of proceeds obtained as a result of defendant ALI AHMAD BAZZY", a/k/a "Sonny," Title 21 offense, and a sum of money equal to the amount as is proved at trial in this matter representing the total amount involved in defendant ALI AHMAD BAZZY's, a/k/a "Sonny," money laundering offense(s).

5. Substitute Assets. Pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), defendant ALI AHMAD BAZZY, a/k/a "Sonny," shall forfeit substitute property, up to the value of the forfeitable property described above, if, by any act or omission of the defendant, the forfeitable property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

6. Substitute Assets. Pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), defendants shall forfeit substitute property, up to the value of the forfeitable property described above, if, by any act or omission of the defendant(s), the

forfeitable property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL.

s/GRAND JURY FOREPERSON

BARBARA L. McQUADE
United States Attorney

s/DAVID J. PORTELLI
Assistant United States Attorney
Drug Task Force Unit
211 W. Fort Street, Suite 2001
Detroit, MI    48226
(313) 226-9711
dave.portelli@usdoj.gov

Dated: March 26, 2013

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:13-cr-20235<br>Judge: Roberts, Victoria A.<br>MJ: Komives, Paul J.<br>Filed: 03-26-2013 At 03:10 PM<br>INDI USA V ALI AHMAD BAZZY, ET AL (HM) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | Companion Case Number: |
| --- | --- |
| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | Judge Assigned: |
| ☐ Yes          ☐ No | AUSA's Initials: _WJP_ |

**Case Title:** USA v. Ali Ahmad Bazzy, and Bellal Kassem Salameh

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony          ☐ Misdemeanor          ☐ Petty

    ✓ Indictment/____ Information --- **no** prior complaint.
    ____ Indictment/____ Information --- based upon prior complaint [Case number: ]
    ____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

    ☐   Original case was terminated; no additional charges or defendants.
    ☐   Corrects errors; no additional charges or defendants.
    ☐   Involves, for plea purposes, different charges or adds counts.
    ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
| --- | --- | --- |
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 26, 2013
Date

_/s/ David J. Portelli_
David J. Portelli
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9711
Fax: 313-226-3265
E-Mail address: dave.portelli@usdoj.gov
Attorney Bar #: P-40688

---

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                    10/13/09